**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Jeannette Marie Conrad  
1111 Erie Street  
Unit 1  
Oak Park, Il 60302  
SSN: xxx–xx–5663 EIN: N.A.

Case No. :   14–08277  
Chapter :   7  
Judge :   Timothy A. Barnes

**DEFICIENCY NOTICE**

To the Debtor(s) and his attorney, if any:  
Notice of Deficiency given to Debtor(s) that the following document(s) were due at the time of filing and are deficient:

- ☐ Petition 1st 3 pages
- ☑ Exhibit D
- ☑ Statement of Social Security Numbers
- ☑ List of Name and Addresses of All Creditors/Creditor Matrix
- ☐ Fees Due
- ☑ Application and Order to Pay Filing Fees in Installments
- ☐ Application to Have the Chapter 7 Filing Fee Waived
- ☐ Certification of Relatedness (applicable to related cases)
- ☑ Declaration re Electronic Filing of Petition and Accompanying Documents

For additional information, please access the court's website at  
http://www.uscourts.gov/uscourts/FormsAndFees/Forms/Bankruptcy/B_200.pdf . Bankruptcy Forms/Part II – Procedural Forms and Instructions and select B 200, Required List, Schedules, Statements and Fees.

If you are represented by an attorney, please contact your attorney for guidance.  
If you have any questions about the deficiency, please call 312–408–5000.

FOR THE COURT

Dated: March 10, 2014

Jeffrey P. Allsteadt, Clerk  
United States Bankruptcy Court