APPEARANCE

## United States Bankruptcy Court

For the __Northern__ District of __Illinois__

In re Jeannette Marie Conrad )
) Case No. 14-08277
)
)
)

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

Christina Fryzel and Brian Fryzel

| | |
|---|---|
| Agata P. Karpowicz | Karpowicz Law Corp. |
| Print Name on this Line | Firm Name |
| /s/ Agata P. Karpowicz *(signed: Agata P. Karpowicz)* | FIRM ID NUMBER: |
| Signature | One Tower Lane, Suite 1700 |
| ATTORNEY ID NUMBER   6280323 | Street Address |
| | Oakbrook Ter    IL    60181 |
| | City    State    Zip |
| | Telephone   630-560-3688 |

Trial Attorneys*

   Agata P. Karpowicz
   Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

   DATED:   March 20, 2014

TYPE OF DEFENSE COUNSEL:

   CJA_____ ,RETAINED _____ ,SELF _____ ,NONE OTHER _____ ,PUB DEF _____

FOR OFFICE USE ONLY:

Party Code: P_____  D_____  TP_____