01/2012

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: Jeannette Marie Conrad ) Chapter 7
) Bankruptcy Case No. 14-08277
)
)
)
Debtor(s) )

**Amended**
DECLARATION REGARDING ELECTRONIC FILING
PETITION AND ACCOMPANYING DOCUMENTS

DECLARATION OF PETITIONER(S)

A. [To be completed in all cases]

I (We), <u>Jeannette Marie Conrad</u> and _____ the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the document s are true and correct.

B. [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

☐ I, _____, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.


Jeannette Marie Conrad
Printed or Typed Name of Debtor or Representative      Printed or Typed Name of Joint Debtor


Signature of Debtor or Representative                  Signature of Joint Debtor


06/17/2014
Date                                                   Date

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUN 18 2014

JEFFREY P. ALLSTEADT, CLERK
PS REP. - NB