**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 14-08277 |
| Jeannette Marie Conrad, | ) | Chapter  7 |
| Debtor. | ) | |
| | ) | Hon.  Timothy A. Barnes |
| | ) | |
| | ) | |

**NOTICE OF MOTION**

Please take notice that on August 20, 2014, at 10:30 a.m., I shall appear before the Honorable Timothy A. Barnes, in Courtroom 613, U.S. Bankruptcy Court, 219 S. Dearborn Street, Chicago, Illinois, and present the attached **Motion for Further Extension of Date to File Complaint.**

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, states that on August 6, 2014, she served the **Motion for Further Extension of Date to File Complaint** on all parties on the Court's electronic service list by means of the Court's ECF system, and on Jeanette Marie Conrad by placing it in an envelop postage paid, and deposited in the postbox at 105 W. Madison, Chicago addressed to: 1111 Erie St., Unit 1, Oak Park IL 60302.

/s/  Jessica Tovrov

Goodman Tovrov Hardy
     & Johnson LLC
105 West Madison St.
Suite 1500
Chicago IL 60602
312.252.7362

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) |
| | )   Case No. 14-08277 |
| Jeannette Marie Conrad, | )   Chapter  7 |
| | ) |
| Debtor. | )   Hon.  Timothy A. Barnes |
| | ) |

**MOTION FOR FURTHER EXTENSION OF DATE TO FILE COMPLAINT**

Derek and Svetlana Brown (the "Browns") ask this Court, pursuant to

Bankruptcy Rules 4004(b) and 4007(c), to extend, for cause, the date to file a

complaint objecting to the Debtor's discharge and/or the dischargeability of the

Debtor's debt to them, for an additional 30 days, to and including September 15,

2014, and in support hereof respectfully state as follows:

1.      Jeannette Marie Conrad, the Debtor, filed this bankruptcy, her

fourth, on March 9, 2014.

2.      The Browns are creditors of the Debtor based on both a judgment

and bad checks.

3.      The § 341 meeting of creditors was set for April 9, 2014, and the

date to object to discharge and/or dischargeability was June 9.

4.      On June 17, the Court granted the Browns' timely request to extend

the date for them to object to August 8, 2014.

5.      The Court granted the US Trustee's motion to take a Rule 2004

examination of the Debtor, but no 2004 examination was noticed.

1

6.      Despite two adjournments of the § 341 meeting, the Debtor did not provide the Trustee with the documents he requested.

7.      In addition to failing to provide the Trustee with requested documents, the Debtor has not paid any amount of the filing fee, and the Court's motion to dismiss is set for hearing as the same time as this motion.

8.      The Debtor has not taken the post-filing course.

9.      The Browns have not been able to gather and analyze enough information to determine if it would be sensible to object to the Debtor's discharge or to the discharge of her debt to them, which would be premised primarily on the Debtor's intent.

WHEREFORE, the Browns request, pursuant to Bankruptcy Rules 4004(b) and 4007(c), to extend the date for them to file a complaint objecting to the Debtor's discharge and/or the dischargeability of the Debtor's debt to them, for an additional 30 days, to and including September 15, 2014.

Respectfully submitted,
Derek and Svetlana Brown


/s/  Jessica Tovrov
One of their attorneys


Jessica Tovrov
Goodman Tovrov Hardy & Johnson LLC
105 West Madison St.
Suite 1500
Chicago IL 60602
312.252.7362

2

3