Form cxdsch7

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Jeannette Marie Conrad  
1111 Erie Street  
Unit 1  
Oak Park, Il 60302  
SSN: xxx−xx−5663 EIN: N.A.

Case No. : 14−08277  
Chapter : 7  
Judge :     Timothy A. Barnes

---

## NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management. If the debtor subsequently files a motion to reopen, the reopening fee must be paid.

FOR THE COURT

Dated: October 1, 2014

Jeffrey P. Allsteadt, Clerk  
United States Bankruptcy Court