Form cxdsch7

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Jeannette Marie Conrad
1111 Erie Street
Unit 1
Oak Park, Il 60302
SSN: xxx−xx−5663 EIN: N.A.

Case No. :   14−08277
Chapter :   7
Judge :   Timothy A. Barnes

## NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management. If the debtor subsequently files a motion to reopen, the reopening fee must be paid.

FOR THE COURT

Dated: October 1, 2014

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

```
                           United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                               Case No. 14-08277-TAB
Jeannette Marie Conrad                                               Chapter 7
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: ccabrales              Page 1 of 3                  Date Rcvd: Oct 01, 2014
                              Form ID: cxdsch7             Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2014.
db             #+Jeannette Marie Conrad,    1111 Erie Street,    Unit 1,    Oak Park, Il 60302-1904
21668440        +Accelerated Creditors Sv,    10079 Springfield,    Cincinnati, Oh 45215-1454
21668442        +Barclays Bank Deleware,    700 Prides Xing,    Newark, De 19713-6102
21668443        +Brian Fryzel,    915 Elm Street,    Western Springs, Il 60558-1542
21668444        +Capital One Bank Usa Na,    Po Box 30281,    Salt Lake City, Ut 84130-0281
21668445        +Cbe Group, Inc.-former,    131 Tower Park Dri,    Po Box 900,    Waterloo, Ia 50704-0900
21668446        +Chase/bank One Card,    Po Box 15298,    Wilmington, De 19850-5298
21668447        +Cintel Federal Credit Union,    525 Vine St, Ste 910,    Cincinnati, Oh 45202-3142
21668448         Cintel Federal Credit Union,    525 Wine St, Ste 910,    Cincinnati, Oh 45202-3121
21668449         Citifinancial,    605 Munn Rdc/s Care Dept,    Ft. Mill, Sc 29712
21668450        +Cmre Financial,    3075 E. Imperial Hwy,    Ste 200,    Brea, Ca 92821-6753
21668452         Contract Callers, Inc.,    Po Box 2126091058,    Claussen Rd Ste 110,    Augusta, Ga 30917
21668453        +Cox Land Surveying Plc,    48 Clover Ridge Avenue,    Fort Thomas, Ky 41075-1250
21668455        +Derek And Sventlana Brown,    1711 Yucca Lane,    Emporia, Ks 66801-5639
21668456        +Derek Brown,    Svetlana Brown,    C/o Adam Goodman, Esq.,    105 W. Madison #1500,
                 Chicago, Il 60602-4602
21668457         Diversified Adj Svc,    600 Coon Rapids Blvd Nw,    Coon Rapids, Mn 55433-5549
21668458        +Dsnb/macy’s,    Po Box 8218,    Mason, Oh 45040-8218
21668460        +Fifth Third Bank,    C/o National Acct Service,    1246 W. University Avenue #421,
                 St. Paul, Mn 55104-4181
21668462        +Hsbc Bank,    Po Box 9,    Buffalo, Ny 14240-0009
21668463        +Illinois Tollway Authority,    C/o Arnold Scott Harris,    111 W Jackson,    Suite 400,
                 Chicago, Il 60604-4135
21668464        +Insight Communications,    C/o Credit Protection Association,    13355 Noel Rd, Ste 2100,
                 Dallas, Tx 75240-6837
21668466        +Linden Oaks Hospital,    C/o Merchants Credit Guide,    223 W. Jackson Blvd, Ste 900,
                 Chicago, Il 60606-6912
21699353        +Loyola Medical,    2160 S. First Avenue,    Maywood, IL 60153-3328
21668467        +Mcg,    223 W. Jackson Blvd.,    Ste 410,    Chicago, Il 60606-6908
21668468        +Metabank/freshstart,    6250 Ridgewood Rd,    St. Cloud, Mn 56303-0820
21668469         Money Recovery Nationwide,    801 G Waverly Rd,    Ste 100,    Lansing, Mi 48917
21699359         Nicor Gas,    Attn: Bankruptcy Dept.,    PO Box 5407,    Carol Stream, IL 60197-5407
21668475        ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,    120 Corporate Blvd,    Norfolk, Va 23502)
21668473        +Paul J. Capriotti, Md,    C/o Money Recovery Nationwide,    8155 Executive Court, Ste 10,
                 Lansing, Mi 48917-7774
21668474         Pinnacle Credit Services,    Po Box 640,    Hopkins, Mn 55343-0640
21668479        +Stanislaus Credit Cntrl,    914 14th St,    Po Box 480,    Modesto, Ca 95353-0480
21668480        +Summit Account Resolution,    Po Box 131,    Champlin, Mn 55316-0131
21668481        +Swiss Colony/montgomer,    1112 7th Avenue,    Monroe, Wi 53566-1364
21668482        +Unden Oaks Hospitalattn: Billing,    801 S. Washington Street,    Naperville, Il 60540-7430
21668483        +Village Of Bellwood Rs,    C/o Mcsi,    7330 College Drive,    Palos Heights, Il 60463-1157
21668484        +Village Of Lakemoor,    C/o Mcsi,    7330 College Drive,    Palos Heights, Il 60463-1157
21668485        +Village Of River Forest,    C/o Mcsi,    7330 College Drive,    Palos Heights, Il 60463-1157
21668486        +Wellington Radiology Group,    C/o Oac,    Po Box 371100,    Milwaukee, Wi 53237-2200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21668441        +E-mail/PDF: recoverybankruptcy@afninet.com Oct 02 2014 02:03:49      Afni, Inc.,
                 404 Brock Drive,    Bloomington, Il 61701-2654
21632246        +E-mail/Text: bnc@atlasacq.com Oct 02 2014 01:59:50      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303,    Attn: Avi Schild
21668451        +E-mail/Text: bankruptcy@consumerportfolio.com Oct 02 2014 02:01:46      Consumer Portfolio Svs,
                 Po Box 57071,    Irvine, Ca 92619-7071
21668454         E-mail/Text: creditonebknotifications@resurgent.com Oct 02 2014 01:59:52      Credit One Bank,
                 Po Box 98872,    Las Vegas, Nv 89193-8872
21668459        +E-mail/Text: bankruptcy@northstargt.com Oct 02 2014 02:02:12      Equinox Collection Service,
                 5807 S. Garnett Rd Ste L,    Tulsa, Ok 74146-6824
21668461        +E-mail/Text: bankruptcy.bnc@gt-cs.com Oct 02 2014 02:00:18      Green Tree,    Po Box 6172,
                 Rapid City, Sd 57709-6172
21668465         E-mail/Text: cio.bncmail@irs.gov Oct 02 2014 02:00:10      Internal Revenue Service,
                 Insolvency Remittance,    Post Office Box 21125,    Philadelphia, Pa 19114-0325
21668470        +E-mail/Text: bankruptcydepartment@ncogroup.com Oct 02 2014 02:01:38      Nco Financial Systems,
                 600 Holiday Plaza,    Suite 300,    Matteson, Il 60443-2238
21668471        +E-mail/Text: electronicbkydocs@nelnet.net Oct 02 2014 02:01:16      Nelnet,
                 3015 S Parker Rd, Ste 400,    Aurora, Co 80014-2904
21668472        +E-mail/Text: clientservices@northwestcollectors.com Oct 02 2014 02:00:17
                 Northwest Collectors,    3601 Algonquin Rd,    Suite 232,    Rolling Mdws, Il 60008-3143
21668476        +E-mail/Text: rjm@ebn.phinsolutions.com Oct 02 2014 02:00:32      Rjm Acquisitions Llc/rjm,
                 575 Underhill Blvd, Ste 224,    Syosset, Ny 11791-4437
21668477         E-mail/PDF: pa_dc_claims@navient.com Oct 02 2014 02:03:46      Sallie Mae,    Po Box 9635,
                 Wilkes-barre, Pa 18773-9635
21668478        +E-mail/Text: bklaw2@centurylink.com Oct 02 2014 02:01:21      Sprint,    404 Brock Drive,
                 Bloomington, Il 61701-2654
                                                                                              TOTAL: 13
```

```
District/off: 0752-1           User: ccabrales              Page 2 of 3              Date Rcvd: Oct 01, 2014
                               Form ID: cxdsch7             Total Noticed: 51

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21699321*        +AFNI, Inc.,    404 Brock Drive,    Bloomington, IL 61701-2654
21699320*        +Accelerated Creditors SV,    10079 Springfield,    Cincinnati, OH 45215-1454
21699322*        +Barclays Bank Deleware,    700 Prides Xing,    Newark, DE 19713-6102
21699324*        +Brian Fryzel,    915 Elm Street,    Western Springs, IL 60558-1542
21699323*        +Brian Fryzel,    915 Elm Street,    Western Springs, IL 60558-1542
21699326*        +CBE Group, Inc.-Former,    131 Tower Park Dri,    PO Box 900,    Waterloo, IA 50704-0900
21699333*        +CMRE Financial,    3075 E. Imperial Hwy,    Ste 200,    Brea, CA 92821-6753
21699325*        +Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
21699327*        +Chase/Bank One Card,    PO Box 15298,    Wilmington, DE 19850-5298
21699328*        +Cintel Federal Credit Union,    525 Vine St, Ste 910,    Cincinnati, OH 45202-3142
21699329*        +Cintel Federal Credit Union,    525 Vine St, Ste 910,    Cincinnati, OH 45202-3142
21699330*        +Cintel Federal Credit Union,    525 Vine St, Ste 910,    Cincinnati, OH 45202-3142
21699331*         Cintel Federal Credit Union,    525 Wine ST, STE 910,    Cincinnati, OH 45202-3121
21699332*         Citifinancial,    605 Munn RDC/S Care Dept,    Ft. Mill, SC 29712
21699334*        +Consumer Portfolio SVS,    PO Box 57071,    Irvine, CA 92619-7071
21699335*         Contract Callers, Inc.,    PO Box 2126091058,    Claussen Rd Ste 110,    Augusta, GA 30917
21699336*        +Cox Land Surveying PLC,    48 Clover Ridge Avenue,    Fort Thomas, KY 41075-1250
21699337*         Credit One Bank,    PO Box 98872,    Las Vegas, NV 89193-8872
21699341*        +DSNB/Macy's,    PO Box 8218,    Mason, OH 45040-8218
21699339*        +Derek Brown,    Svetlana Brown,    c/o Adam Goodman, Esq.,    105 W. Madison #1500,
                   Chicago, IL 60602-4602
21699338*        +Derek and Sventlana Brown,    1711 Yucca Lane,    Emporia, KS 66801-5639
21699340*         Diversified ADJ SVC,    600 Coon Rapids Blvd NW,    Coon Rapids, MN 55433-5549
21699342*        +Equinox Collection Service,    5807 S. Garnett Rd Ste L,    Tulsa, OK 74146-6824
21699343*        +Fifth Third Bank,    c/o National Acct Service,    1246 W. University Avenue #421,
                   St. Paul, MN 55104-4181
21699344*        +Green Tree,    PO Box 6172,    Rapid City, SD 57709-6172
21699345*        +HSBC Bank,    PO Box 9,    Buffalo, NY 14240-0009
21699346*        +HSBC Bank,    PO Box 9,    Buffalo, NY 14240-0009
21699347*        +HSBC Bank,    PO Box 9,    Buffalo, NY 14240-0009
21699348*        +HSBC Bank,    PO Box 9,    Buffalo, NY 14240-0009
21699351*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,     Insolvency Remittance,
                   Post Office Box 21125,    Philadelphia, PA 19114-0325)
21699349*        +Illinois Tollway Authority,    c/o Arnold Scott Harris,    111 W Jackson,    Suite 400,
                   Chicago, IL 60604-4135
21699350*        +Insight Communications,    c/o Credit Protection Association,    13355 Noel Rd, Ste 2100,
                   Dallas, TX 75240-6837
21699352*        +Linden Oaks Hospital,    c/o Merchants Credit Guide,    223 W. Jackson Blvd, Ste 900,
                   Chicago, IL 60606-6912
21699354*        +MCG,    223 W. Jackson Blvd.,    Ste 410,    Chicago, IL 60606-6908
21699355*        +MetaBank/FreshStart,    6250 Ridgewood Rd,    St. Cloud, MN 56303-0820
21699356*         Money Recovery Nationwide,    801 G Waverly Rd,    Ste 100,    Lansing, MI 48917
21699357*        +NCO Financial Systems,    600 Holiday Plaza,    Suite 300,    Matteson, IL 60443-2238
21699358*        +Nelnet,    3015 S Parker Rd, Ste 400,    Aurora, CO 80014-2904
21699360*        +Northwest Collectors,    3601 Algonquin Rd,    Suite 232,    Rolling MDWS, IL 60008-3143
21699363*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery,     120 Corporate Blvd,    Norfolk, VA 23502)
21699361*        +Paul J. Capriotti, MD,    c/o Money Recovery Nationwide,    8155 Executive Court, Ste 10,
                   Lansing, MI 48917-7774
21699362*         Pinnacle Credit Services,    PO Box 640,    Hopkins, MN 55343-0640
21699364*        +RJM Acquisitions LLC/RJM,    575 Underhill Blvd, Ste 224,    Syosset, NY 11791-4437
21699365*         Sallie Mae,    PO Box 9635,    Wilkes-Barre, PA 18773-9635
21699366*         Sallie Mae,    PO Box 9635,    Wilkes-Barre, PA 18773-9635
21699367*        +Sprint,    404 Brock Drive,    Bloomington, IL 61701-2654
21699368*        +Stanislaus Credit Cntrl,    914 14th ST,    PO Box 480,    Modesto, CA 95353-0480
21699369*        +Summit Account Resolution,    PO Box 131,    Champlin, MN 55316-0131
21699370*        +Swiss Colony/Montgomer,    1112 7th Avenue,    Monroe, WI 53566-1364
21699371*        +Unden Oaks Hospitalattn: Billing,    801 S. Washington Street,    Naperville, IL 60540-7430
21699372*        +Village of Bellwood RS,    c/o MCSI,    7330 College Drive,    Palos Heights, IL 60463-1157
                                                                                               TOTALS: 0, * 51, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: ccabrales            Page 3 of 3              Date Rcvd: Oct 01, 2014
                              Form ID: cxdsch7           Total Noticed: 51
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2014                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2014 at the address(es) listed below:
              Agata P Karpowicz    on behalf of Creditor Brian    Fryzel akarpowicz@karpowiczlaw.com
              Agata P Karpowicz    on behalf of Creditor Christina    Fryzel akarpowicz@karpowiczlaw.com
              Horace  Fox, JR    foxhorace@aol.com,
               hf@trustesolutions.net;hf@trustesolutions.com;mmedina@lehmanfox.com
              Jeannette M Conrad     on behalf of Debtor Jeannette Marie Conrad jmconradlaw@aol.com
              Jeffrey  Snell    on behalf of U.S. Trustee Patrick S Layng jeffrey.snell@usdoj.gov
              Jessica  Tovrov    on behalf of Creditor Svetlana  Brown jessica@tovrovlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 7
```